ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 APR 30 PM 3: 17
CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DANIEL MOBLEY, | ) |
| Plaintiff, | ) |
| v. | ) CV 314-007 |
| CPT. BESS, et al., | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** for failure to state a claim Plaintiff's claims based on his confinement in administrative segregation, the denial of his requests for grievance forms, and deliberate indifference to his serious medical needs.

SO ORDERED this 30th day of April, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE