IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DANIEL MOBLEY, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 314-007 |
| CPT. BESS, et al., | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** C/O Carry, **GRANTS** Defendants' motion to dismiss, **DISMISSES** this action without prejudice, and **CLOSES** this civil action.

SO ORDERED this 9th day of December, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE